FRED ROBERTSON v. THE LOMBARD LIQUIDATION
COMPANY.

No. 14,568.   (85 Pac. 528.)

1. ANSWER—*Amendment.* In an action of ejectment it was held
not to have been an abuse of discretion for the court to allow
an amended answer to be filed.

2. TAX DEED—*Description—Consideration—Interest.* A tax deed
held to be good upon its face, the description being sufficient,
and the consideration not excessive when interest is · com-
puted at the rate in force when the subsequent taxes were
paid.

Error from Jewell district court; RICHARD M. PICK-
.LER, judge.   Opinion filed April 7, 1906.   Affirmed.

*R. W. Turner,* and *Fred Robertson,* for plaintiff in
·error.

*Peters, Bowersock & Hall,* and *E. P. Hotchkiss,* for
defendant in error.

*Per Curiam:* This was an action in ejectment.   Two
·errors are assigned:   (1)  In allowing an amended
answer to be filed; (2) in holding the tax deed of the
defendant valid.

The defenses set up in the amended answer did "not
change substantially  .  .  .  [the] defense" which
could have been made under the original answer.
Hence there was no abuse of discretion in the allow-
ance of the amendment.   (Code, § 139; Gen. Stat. 1901,
§ 4573.)

The tax deed had been of record more than five years
before the commencement of this action.   It describes
accurately the land taxed, and in describing the land
sold says "the whole of the above-described property,"
and in the granting clause says "the real property last
hereinbefore described."   There is only one tract of
land described.   Its description is admitted to be ac-
curate, and the references thereto are so direct and cer-
tain that there can be no mistake as to the land sold or

the land conveyed. This is sufficient. (*Cartwright v. Korman,* 45 Kan. 515, 26 Pac. 48.)

The deed shows that the land was sold on the first Tuesday in September, 1891, for the taxes of 1890, for $10.83; that the holder of the tax-sale certificate paid the taxes of 1891—$5.77; and that on July 22, 1895, the county clerk conveyed the land to such holder for $32.05, being the "taxes, costs and interest due on said land for the years A. D. 1890 and 1891."

Chapter 110 of the Laws of 1893 changed the rate of interest from twenty-four per cent. to fifteen per cent. Of course this would not affect the rate of interest in this case. Assuming that the taxes for 1891 were paid by the holder of the certificate as soon as the same became delinquent, and computing interest at twenty-four per cent. on the two amounts to July 22, 1895, leaves less than fifty cents of the amount for which the conveyance was made to be accounted for in costs.

The judgment of the district court is affirmed.